AO 458 (Rev. 06/09)  Appearance of Counsel

# United States District Court

### for the

### Southern District of New York ▼

REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN

*Plaintiff*

v.

THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART

*Defendant*

)
)
)
)
)
)

Case No.    24-CV-2669

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN

Date:     04/09/2024

/s/ Baruch Weiss

*Attorney's signature*

Baruch Weiss

*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743

*Address*

baruch.weiss@arnoldporter.com

*E-mail address*

(202) 942-5000

*Telephone number*

(202) 942-5999

*FAX number*