AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN )
*Plaintiff* )
v. ) Case No. 24-CV-2669
THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN.

Date: 04/09/2024

/s/ Ziporah Reich
*Attorney's signature*

Ziporah Reich
*Printed name and bar number*

The Lawfare Project
633 Third Avenue, 21st Floor
New York, NY 10017
*Address*

ziporah@thelawfareproject.org
*E-mail address*

(212) 339-6995
*Telephone number*

*FAX number*