UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rebecca Gartenberg, et al                                         CIVIL ACTION NO.: 24-CV-2669

*Plaintiff*

vs

The Cooper Union for the Advencement of Science and Art

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **4/10/2024** at **4:02 PM** at **30 Cooper Square, 2nd fl., New York, NY 10003**

deponent served a(n) **Summons in a Civil Action, Complaint Jury Trial Demanded, Civil Cover Sheet, Unsigned Summons in a Civil Action, Appearance of Counsel for Debra E. Schreck, Appearance of Counsel for Baruch Weiss, Appearance of Counsel for Ziporah Reich, Electronic Case Filing Rules & Instructions. Individual Rules and Practices in Civil Cases of John P. Cronan, United States District Judge of Southern District of New York**

on **The Cooper Union for the Advancement of Science and Art**, a domestic corporation,

by delivering thereat a true copy of each to **Siri McDonald** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 51 - 65 Yrs.
Height : 5' 0" - 5' 3"
Weight : 161-200 Lbs.
Other :

Sworn to before me this
12th day of April, 2024

_____
NOTARY PUBLIC
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027

_____
Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160