UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rebecca Gartenberg, et al                                         CIVIL ACTION NO.: 24-CV-2669

vs                                       *Plaintiff*

The Cooper Union for the Advencement of Science and Art

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **4/11/2024** at **1:28 PM** at **100 Church Street, New York, NY 10007**

deponent served a(n) **Summons in a Civil Action, Complaint Jury Trial Demanded, Civil Cover Sheet, Unsigned Summons in a Civil Action, Appearance of Counsel for Debra E. Schreck, Appearance of Counsel for Baruch Weiss, Appearance of Counsel for Ziporah Reich, Electronic Case Filing Rules & Instructions. Individual Rules and Practices in Civil Cases of John P. Cronan, United States District Judge of Southern District of New York**

on **NYC Commission on Human Rights of NY Corporation Counsel c/o The City of New York**, a domestic corporation,

by delivering thereat a true copy of each to **Jerry Bradshaw** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Black
Hair : Black/Balding
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other : Glasses

Sworn to before me this
12th day of April, 2024

---
NOTARY PUBLIC
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027

---
Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman <br> *Plaintiff(s)* <br> v. <br> The Cooper Union for the Advancement of Science and Art <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-2669 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Cooper Union for the Advancement of Science and Art
30 Cooper Union Square
New York, NY 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron Stiefel
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/10/2024

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*