UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Civil Action No. 1:24-cv-02669-JPC |

## **DECLARATION OF SERVICE**

Alex S. Tepler, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an associate with the law firm Arnold & Porter Kaye Scholer LLP, counsel for the plaintiffs in this action. I am not a party to this action and am over 18 years of age.

2. Pursuant to N.Y.C. Admin. Code § 8-502, the Office of the New York City Corporation Counsel, 100 Church Street, New York, NY 10007, was personally served on April 11, 2024.

3. Personal service on the NYC Commission on Human Rights, 22 Reade Street, FL 2, New York, NY 10007, was attempted on April 11, 2024, but service was refused.

4. On April 12, 2024, true and correct copies of the Summons in a Civil Action, Complaint Jury Trial Demanded, Civil Cover Sheet, Unsigned Summons in a Civil Action, Appearance of Counsel for Debra E. Schreck, Appearance of Counsel for Baruch Weiss, Appearance of Counsel for Ziporah Reich, Electronic Case Filing Rules & Instructions, and

Individual Rules and Practices in Civil Cases of John P. Cronan, United States District Judge of Southern District of New York, were deposited into the custody of Federal Express for delivery to the NYC Commission on Human Rights, Office of the General Counsel at 22 Reade Street, FL. 2, New York, NY 10007. I have received confirmation that delivery was made on April 15, 2024.

5. A copy of the Federal Express proof of delivery is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 17, 2024

_____
Alex S. Tepler

April 16, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 273340231626

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | New York, NY, |
| | | **Delivery date:** | Apr 15, 2024 08:07 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 273340231626 | **Ship Date:** | Apr 12, 2024 |
| | | **Weight:** | 2.0 LB/0.91 KG |
| **Recipient:** | | **Shipper:** | |
| New York, NY, US, | | New York, NY, US, | |

| Reference | 9000726.00003-23757 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx