UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Civil Action No. 1:24-cv-02669-JPC |

## DECLARATION OF SERVICE

Alex S. Tepler, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am an associate with the law firm Arnold & Porter Kaye Scholer LLP, counsel for the plaintiffs in this action. I am not a party to this action and am over 18 years of age.

2.  Pursuant to N.Y. Civ. Rights Law § 40-d, on April 12, 2024, true and correct copies of the Summons in a Civil Action, Complaint Jury Trial Demanded, Civil Cover Sheet, Unsigned Summons in a Civil Action, Appearance of Counsel for Debra E. Schreck, Appearance of Counsel for Baruch Weiss, Appearance of Counsel for Ziporah Reich, Electronic Case Filing Rules & Instructions, and Individual Rules and Practices in Civil Cases of John P. Cronan, United States District Judge of Southern District of New York, were deposited into the custody of Federal Express for delivery to the Office of the New York State Attorney General, 28 Liberty Street, 16th Floor, New York, New York 10005. I have received confirmation that delivery was made on April 15, 2024.

3. Personal service of the foregoing papers was attempted on April 11, 2024, but service was refused.

4. A copy of the Federal Express proof of delivery is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 17, 2024

_____
Alex S. Tepler

April 16, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 273340723047

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | W.WILLIAM | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>No Signature Required | | New York, NY, |
| | | Delivery date: | Apr 15, 2024 08:20 |

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 273340723047 | Ship Date: | Apr 12, 2024 |
| | | Weight: | 2.0 LB/0.91 KG |

| **Recipient:** | | **Shipper:** | |
|---|---|---|---|
| New York, NY, US, | | New York, NY, US, | |

| Reference | 9000726.00003-23757 |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx