AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Gartenberg et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-2669 |
| The Cooper Union | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cooper Union for the Advancement of Science and Art.

Date: 04/19/2024

Lisa E. Cleary
*Attorney's signature*

LISA E. CLEARY (NYS Reg No. 1993344)
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
NY, NY 10036
*Address*

lecleary@pbwt.com
*E-mail address*

(212) 336-2159
*Telephone number*

(212) 336-2366
*FAX number*