UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART<br><br>Defendant. | Case No. 24-cv-2669<br><br>**NOTICE OF MOTION TO: (1) DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN OF PLAINTIFFS' REQUESTS FOR RELIEF PURSUANT TO FED. R. CIV. P. 12(f)** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the pleadings, and all other papers herein, Defendant The Cooper Union for the Advancement of Science and Art, by its undersigned attorneys, hereby moves before the Honorable John P. Cronan, United States District Judge, for: (i) an order, pursuant to Federal Rules of Civil Procedure 12(b)(6), dismissing the Complaint filed by Plaintiffs Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman (collectively, "Plaintiffs") (Dkt. 1) with prejudice, and for such other and further relief as this Court may deem just and proper; and (ii) an order, pursuant to Federal Rule of Civil Procedure 12(f), striking certain of Plaintiffs' requests

15128394

for reliefs in the Complaint (Dkt. 1) with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: July 3, 2024

Respectfully submitted,

<u>*/s/ Lisa E. Cleary*</u>
Lisa E. Cleary
Jacqueline L. Bonneau
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
lecleary@pbwt.com
jbonneau@pbwt.com

*Attorneys for Defendant The Cooper Union for the Advancement of Science and Art*

15128394