**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART<br><br>Defendant. | Case No. 24-cv-2669<br><br>**DECLARATION OF LISA E. CLEARY IN SUPPORT OF THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART'S MOTION TO DISMISS AND MOTION TO STRIKE** |

I, Lisa E. Cleary, declare and state as follows:

1. I am an attorney admitted to practice in the State of New York, a member of the law firm, Patterson Belknap Webb & Tyler LLP, and counsel for Defendant The Cooper Union for the Advancement of Science and Art ("Cooper Union") in the above-captioned action. I am familiar with the facts set forth in this declaration. I am competent and willing to testify to the matters contained in this declaration. I submit this declaration in support Cooper Union's Motion to Dismiss Plaintiffs' Complaint and Motion to Strike certain of Plaintiffs' requests for reliefs.

2. Attached as Exhibit 1 is a true and correct copy of the transcript of a press conference held by Mayor Eric Adams and his administration on October 26, 2023, entitled "Transcript: Mayor Adams Makes Public Safety-Related Announcement With NYPD Commissioner Caban," which includes a public briefing made by John Chell, Chief of Patrol of

15129241

the New York Police Department, addressing the protest that occurred on October 25, 2023 at the Cooper Union campus, found at https://www.nyc.gov/office-of-the-mayor/news/820-23/transcript-mayor-adams-makes-public-safety-related-announcement-nypd-commissioner-caban.

3.  Attached as Exhibit 2 is a true and correct copy of President Sparks's Message to the Cooper Union community on the Student Protest dated October 25, 2023, found at https://cooper.edu/about/president/sparks/messages/message-president-sparks-student-protests.

4.  Attached as Exhibit 3 is a true and correct copy of President Sparks's and Alumni Association President Ron Vogel's Message to Cooper Union Alumni dated October 31, 2023, found at https://cooper.edu/alumni/message-laura-sparks-president-cooper-union-and-ron-vogel-president-cooper-union-alumni.

5.  Attached as Exhibit 4 is a true and correct copy of President Sparks's Message to the Cooper Union community, entitled "Charting A Path Forward Together: Plans for Safety, Well-being, and Learning at The Cooper Union" dated November 3, 2023, found at https://cooper.edu/about/president/sparks/messages/charting-path-forward-together-plans-safety-well-being-and-learning-cooper-union.

6.  Attached as Exhibit 5 is a true and correct copy Cooper Union's Policy Upholding Human Rights and Title IX Protections, found at https://cooper.edu/sites/default/files/uploads/assets/site/files/2020/Cooper-Union-Policy-Upholding-Human-Rights-Title-IX-Protections.pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 3, 2024
      New York, New York                By:    */s/ Lisa E. Cleary*
                                                         Lisa E. Cleary

15129241