# EXHIBIT 1.



# Support for Students, Faculty, and Staff re: Israel-Hamas War

The weekend brought the upsetting news of war between Israel and Hamas in the Middle East as well as reports of devastation and aggressions in many other parts of the world. Many members of our campus community are impacted directly and indirectly by these horrific events. We want to remind everyone to take care of yourselves and each other, especially in light of these developments. Utilize the resources that are available to you (see below) for your own support, and be sure to reach out to those who may be struggling right now.

Any Cooper student can schedule a time to meet with one of our Student Care Coordinators by emailing studentcare@cooper.edu. For additional and after-hours support, please see the student care and support resources at these links, including access to our Counseling Program, TimelyCare, and other resources that are available 24/7.

For staff and faculty seeking resources, please utilize Cooper's Employee Assistance Program – the EAP hotline number is 800-252-4555.

As a community of compassionate individuals, let's look out for one another and remember that understanding our own needs is important, as well.


Natalie Brooks, Chief Talent Officer

Chris Chamberlin, Dean of Students

Demetrius Eudell, Vice President of Academic Affairs