# Arnold & Porter

**Aaron Stiefel**
+1 212.836.8442 Direct
Aaron.Stiefel@arnoldporter.com

August 16, 2024

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: ***Gartenberg et al. v. Cooper Union for the Advancement of Science and Art, 1:24-cv-02669-JPC***

Dear Judge Cronan:

We represent Plaintiffs in the above-referenced case.

On July 3, 2024, Defendant Cooper Union for the Advancement of Science and Art ("Defendant") filed a Motion to Dismiss and Motion to Strike Plaintiffs' Complaint ("Motion"). On July 31, 2024, Plaintiffs filed their Opposition to Defendant's Motion. Pursuant to Section 2.B. of Your Honor's Individual Rules, we seek leave to file a brief surreply to address the following three decisions, the first of which was issued one day before Plaintiffs filed their Opposition and the other two were issued after Plaintiffs filed their Opposition:

- *StandWithUs Ctr. For Legal Justice v. Massachusetts Inst. of Tech.*, 2024 WL 3596916 (D. Mass. July 30, 2024)

- *Kestenbaum v. President and Fellows of Harvard College*, 2024 WL 3658793 (D. Mass. Aug. 6, 2024)

- *Frankel et al. v. Regents of the University of California, et al.*, 2024 WL 3811250 (C.D. Cal. Aug. 13, 2024)

Defendant refers to all three recent decisions in its August 14, 2024 reply brief. Plaintiffs believe that a surreply will aid in the Court's consideration of the issues raised in Defendant's motion.

We appreciate the Court's consideration of this request.

Respectfully,

Aaron Stiefel

Copies to: All counsel of record via ECF

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com