UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
REBECCA GARTENBERG, PERIE :
HOFFMAN, JACOB KHALILI, GABRIEL :
KRET, TAYLOR ROSLYN LENT, :
BENJAMIN MEINER, MICHELLE MEINER, :   24 Civ. 2669 (JPC)
MEGHAN NOTKIN, GILA ROSENZWEIG, :
and ANNA WEISMAN, :   ORDER
:
                       Plaintiffs, :
:
      -v- :
:
THE COOPER UNION FOR THE :
ADVANCEMENT OF SCIENCE AND ART, :
:
                       Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hear oral argument on Defendant's motion to dismiss, Dkt. 19, at 10:00 a.m. on December 16, 2024, in Courtroom 12D at 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: November 26, 2024
       New York, New York
                                                          JOHN P. CRONAN
                                                          United States District Judge