# Arnold & Porter

Aaron Stiefel
+1 212.836.8442 Direct
Aaron.Stiefel@arnoldporter.com

December 2, 2024

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    *Gartenberg et al. v. Cooper Union for the Advancement of Science and Art*, 1:24-cv-02669-JPC

Dear Judge Cronan:

We represent Plaintiffs in the above-referenced case.

By Order dated November 26, 2024, the Court scheduled oral argument for December 16, 2024 on Defendant's motion to dismiss. Per paragraph 3.B of Your Honor's Individual Rules and Practices, we write to request an adjournment of the oral argument date for at least thirty (30) days because counsel for Plaintiffs has substantial conflicting responsibilities on other matters with end-of-year deadlines.

There have been no previous requests for adjournment of the date for oral argument, and Defendant has advised that it has no objection to Plaintiffs' request.

Accordingly, Plaintiffs request that the Court adjourn the oral argument date on Defendant's motion to dismiss for at least thirty (30) days.

We appreciate the Court's consideration of this request.

Respectfully,

*/s/ Aaron Stiefel*

Aaron Stiefel

Copies to: All counsel of record via ECF