# Arnold & Porter

Aaron Stiefel
+1 212.836.8442 Direct
Aaron.Stiefel@arnoldporter.com

December 2, 2024

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: **_Gartenberg et al. v. Cooper Union for the Advancement of Science and Art, 1:24-cv-02669-JPC_**

Dear Judge Cronan:

We represent Plaintiffs in the above-referenced case.

By Order dated November 26, 2024, the Court scheduled oral argument for December 16, 2024 on Defendant's motion to dismiss. Per paragraph 3.B of Your Honor's Individual Rules and Practices, we write to request an adjournment of the oral argument date for at least thirty (30) days because counsel for Plaintiffs has substantial conflicting responsibilities on other matters with end-of-year deadlines.

There have been no previous requests for adjournment of the date for oral argument, and Defendant has advised that it has no objection to Plaintiffs' request.

Accordingly, Plaintiffs request that the Court adjourn the oral argument date on Defendant's motion to dismiss for at least thirty (30) days.

We appreciate the Court's consideration of this request.

Respectfully,

Aaron Stiefel

Copies to: All counsel of record via ECF

The instant request is granted. The oral argument currently scheduled for December 16, 2024, is moved to 10:00 a.m. on January 28, 2025, in Courtroom 12D at 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 29.

SO ORDERED
Date: December 4, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com