**Arnold & Porter**

Melissa E. Romanovich
+1 212.836.7892 Direct
Melissa.Romanovich@arnoldporter.com

January 21, 2025

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Gartenberg et al. v. Cooper Union for the Advancement of Science and Art, 1:24-cv-02669-JPC*

Dear Judge Cronan:

I am one of the attorneys at Arnold & Porter representing Plaintiffs in the above-referenced case. I am a third-year associate in the firm's New York Office.

Earlier this month, I submitted an application for admission to the Southern District of New York. I was recently informed that my application has been reviewed and is complete, and my admission fee has been paid. I am now waiting to be advised of the date, time and location of my admission ceremony.

In light of Rule 6.C of Your Honor's Individual Rules and Practices in Civil Cases, I write to request that the Court waive my admission to the Southern District of New York for purposes of participating in the oral argument of Defendant's motion to dismiss, scheduled for January 28, 2025.

I am in good standing of the bar of the State of New York (Registration # 6015374). A Certificate of Good Standing, dated January 9, 2025, is annexed to this Letter at **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I appreciate the Court's consideration of this request, and I look forward to this opportunity.

Respectfully submitted,

*/s/ Melissa E. Romanovich*

Melissa E. Romanovich

Copies to: All counsel of record via ECF

The instant request is granted. The Court waives Ms. Romanovich's admission to this District for purposes of allowing her to participate in the oral argument scheduled for January 28, 2025.

SO ORDERED
Date: January 22, 2025
New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge