UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J.<br><br>**AFFIDAVIT OF BRIDGETTE C. GERSHONI IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Bridgette C. Gershoni, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of California and the District of Columbia; Attorney Registration Nos. 313806 (California) and 219363 (District of Columbia).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My office address, phone number, fax number, and e-mail address are:

Bridgette C. Gershoni
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6745
Bridgette.Gershoni@arnoldporter.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 22, 2025

*Bridgette Gershoni*
_____
Bridgette C. Gershoni

Signed and sworn to before me on this   22   day of   January 2025   .




_____
Notary Public

Notarial Act Performed by Audio visual communication