

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### BRIDGETTE CAROLINE GERSHONI

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify BRIDGETTE CAROLINE GERSHONI #313806 was on the 27th day of December 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on this day of January 23rd, 2025.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Florentino Jimenez, Assistant Deputy Clerk*