UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>                Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>                Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J.<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Bridgette C. Gershoni for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the State of California and the District of Columbia, and that her contact information is as follows:

      Applicant's Name: Bridgette C. Gershoni

      Firm Name: Arnold & Porter Kaye Scholer LLP

      Address: 601 Massachusetts Ave., NW

      City/State: Washington, DC 20001

      Telephone/Fax: (202) 942-6745

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman, in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

_____
The Hon. John P. Cronan
United States District Judge
Southern District of New York