UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>      Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J.<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. GERSHONI** |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael J. Gershoni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman, in the above-captioned action.

  I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. On July 1, 2023, I was temporarily suspended from the practice of law in California for nonpayment of the California State Bar licensing fees. After I learned of the nonpayment, I promptly made payment of all California State Bar fees and was reinstated. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 24, 2025

Respectfully submitted,

*/s/ Michael J. Gershoni*
Michael J. Gershoni

**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-6767
Michael.Gershoni@arnoldporter.com

*Attorney for Plaintiffs*