UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J.<br><br>**AFFIDAVIT OF MICHAEL J. GERSHONI IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Michael J. Gershoni, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of California and the District of Columbia; Attorney Registration Nos. 311192 (California) and 187306 (District of Columbia).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, disbarred, or denied admission or readmission by any court.

7. On July 1, 2023, I was temporarily suspended from the practice of law in California for nonpayment of the California State Bar licensing fees. After I learned of the nonpayment, I promptly made payment of all delinquent California State Bar fees and was reinstated.

8. My office address, phone number, fax number, and e-mail address are:

Michael J. Gershoni
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6767
Michael.Gershoni@arnoldporter.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 24, 2025

*Michael J. Gershoni*
_____
Michael J. Gershoni

Signed and sworn to before me on this  24th  day of  January, 2025  .



_____
Notary Public

Notarial Act Performed by Audio visual communication