# Arnold & Porter

Aaron Stiefel
+1 212.836.8442 Direct
Aaron.Stiefel@arnoldporter.com

January 24, 2025

**VIA ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> Re: **_Gartenberg et al. v. Cooper Union for the Advancement of Science and Art, 1:24-cv-02669-JPC_**

Dear Judge Cronan,

In light of Rule 6.C of Your Honor's Individual Rules and Practices in Civil Cases, we write to inform the Court that Plaintiffs intend that the following Arnold & Porter associates will divide the time for oral argument as follows at the upcoming hearing regarding Defendant's Motion to Dismiss on Tuesday, January 28, 2025:

| Associate | Issues |
| --- | --- |
| Melissa Romanovich | Plaintiffs' Title VI Claim & NYSHRL and NYCHRL Claims (Counts I-IV) |
| Michael Gershoni | Plaintiffs' Breach of Contract Claim (Count V) |
| Bridgette Gershoni | Plaintiffs' Common Law Claims & Remedies (Counts VI-VIII) |

We hope that this division of argument will be acceptable to the Court.

Respectfully submitted,

*/s/ Aaron Stiefel*
Aaron Stiefel