UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J.<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and upon all papers and proceedings heretofore had herein, Plaintiffs Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman (collectively, "Plaintiffs"), by their undersigned attorneys, hereby move before the Honorable John P. Cronan, United States District Judge, for an order, pursuant to Local Civil Rule 6.3, granting Plaintiffs' Motion for Reconsideration of the Opinion and Order (ECF No. 39), dated February 5, 2025, amending such portions of the Opinion and Order, and granting such other and further relief as this Court may deem just and proper.

1

Dated:    New York, New York
          February 19, 2025

                                              Respectfully submitted,

                                              By: */s/ Aaron Stiefel*

Aaron Stiefel
Debra E. Schreck
Melissa E. Romanovich
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
T: 212.836.8000
F: 212.836.8689
aaron.stiefel@arnoldporter.com
debra.schreck@arnoldporter.com
melissa.romanovich@arnoldporter.com

Baruch Weiss
Bridgette C. Gershoni
Michael J. Gershoni
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001-3743
P: 202.942.5000
F: 202.942.5999
baruch.weiss@arnoldporter.com
bridgette.gershoni@arnoldporter.com
michael.gershoni@arnoldporter.com

Ziporah Reich
**THE LAWFARE PROJECT**
633 Third Avenue, 21st Floor
New York, NY 10017
T: 212.339.6995
ziporah@thelawfareproject.org

*Attorneys for Plaintiffs*