UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                             :

REBECCA GARTENBERG et al.,                    :

                               Plaintiffs,           :         24 Civ. 2669 (JPC) (GS)

                -v-                                 :         <u>ORDER OF REFERENCE</u>
                                                                :         <u>TO A MAGISTRATE</u>
THE COOPER UNION FOR THE             :         <u>JUDGE</u>
ADVANCEMENT OF SCIENCE AND ART,  :

                               Defendant.          :
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      This action is referred to the Honorable Gary Stein for the following purposes:

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☒ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge