UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REBECCA GARTENBERG,

                    Plaintiff,              **24 Civ. No. 2669 (JPC)**

      -against-                      **PRE-SETTLEMENT<br>CONFERENCE ORDER**

THE COOPER UNION FOR THE
ADVANCEMENT OF SCIENCE AND
ART,

                    Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 7, 2025 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 105 487 842#.**

      **SO ORDERED.**

DATED:    New York, New York
              April 21, 2025

                                                                     _____
                                                                     The Honorable Gary Stein
                                                                     United States Magistrate Judge