AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Gartenberg et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-cv-2669 |
| The Cooper Union | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cooper Union for the Advancement of Science and Art                                                      .

Date:     05/01/2025

/s/Caroline Zielinski
*Attorney's signature*

CAROLINE ZIELINSKI (NYS Reg. No. 5667886)
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
NY, NY 10036

*Address*

czielinski@pbwt.com
*E-mail address*

(212) 336-2206
*Telephone number*

(212) 336-1220
*FAX number*