UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REBECCA GARTENBERG, *et al.,*

                Plaintiffs,                **24 Civ. No. 2669 (JPC)**

  -against-

THE COOPER UNION FOR THE               **ORDER SCHEDULING**
ADVANCEMENT OF SCIENCE AND          **SETTLEMENT CONFERENCE**
ART,

                Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, June 16, 2025 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, June 9, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              May 7, 2025

                                                          _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge