UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, | Case No. 1:24-cv-02669-JPC |

**MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jacqueline L. Bonneau, hereby move to withdraw my appearance as counsel for Defendant The Cooper Union for the Advancement of Science and Art ("Cooper Union") and further request removal from the Court's electronic filing notification system for this action. As of May 9, 2025, I will no longer be affiliated with Patterson Belknap Webb & Tyler LLP. Patterson Belknap Webb & Tyler LLP shall remain as counsel of record for Cooper Union.

Dated: May 8, 2025

                                                      Respectfully submitted,

By:   /s/ *Jacqueline L. Bonneau*
         Jacqueline L. Bonneau
         PATTERSON BELKNAP WEBB & TYLER LLP
         1133 Avenue of the Americas
         New York, NY 10036
         Telephone: (212) 336-2564
         jbonneau@pbwt.com

## CERTIFICATE OF SERVICE

      I hereby certify that I placed a copy of the Motion to Withdraw Appearance for Jacqueline L. Bonneau into the mail for delivery to Cooper Union at the following address:

Malcolm King
Interim President
The Cooper Union for the Advancement of Science and Art
7 East 7th Street
New York, NY 10003


Dated: May 8, 2025
       New York, New York

                                                                  _____
                                                                  Matthew M. Finnegan

15680039