UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, | Case No. 1:24-cv-02669-JPC |

**MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jacqueline L. Bonneau, hereby move to withdraw my appearance as counsel for Defendant The Cooper Union for the Advancement of Science and Art ("Cooper Union") and further request removal from the Court's electronic filing notification system for this action. As of May 9, 2025, I will no longer be affiliated with Patterson Belknap Webb & Tyler LLP. Patterson Belknap Webb & Tyler LLP shall remain as counsel of record for Cooper Union.

Dated:  May 8, 2025

                                      Respectfully submitted,

By:   /s/ *Jacqueline L. Bonneau*
        Jacqueline L. Bonneau
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 336-2564
        jbonneau@pbwt.com

15680039

## CERTIFICATE OF SERVICE

I hereby certify that I placed a copy of the Motion to Withdraw Appearance for Jacqueline L. Bonneau into the mail for delivery to Cooper Union at the following address:

Malcolm King
Interim President
The Cooper Union for the Advancement of Science and Art
7 East 7th Street
New York, NY 10003

Dated: May 8, 2025
New York, New York

_____
Matthew M. Finnegan

The request is granted. Jacqueline Bonneau is relieved of her representation of Cooper Union and the Clerk of Court is respectfully directed to terminate her appearance from the docket and to close Docket Number 54.

SO ORDERED.
Date: May 9, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

15680039