UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J. |

### NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend the Complaint and the accompanying Declaration of Aaron Stiefel and the exhibits thereto, Plaintiffs move this Court for an Order granting Plaintiffs' Motion for Leave to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a).

DATED: New York, New York
       May 30, 2025

By: */s/ Aaron Stiefel*

Aaron Stiefel
Debra E. Schreck
Melissa E. Romanovich
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
T : 212.836.8000
F : 212.836.8689
aaron.stiefel@arnoldporter.com
debra.schreck@arnoldporter.com

Baruch Weiss
Bridgette C. Gershoni
Michael J. Gershoni
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001-3743
P: 202.942.5000
F: 202.942.5999
baruch.weiss@arnoldporter.com

Ziporah Reich
**THE LAWFARE PROJECT**
633 Third Avenue, 21st Floor
New York, NY 10017
T: 212.339.6995
ziporah@thelawfareproject.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Aaron Stiefel, hereby certify that a copy of the foregoing Notice of Motion for Leave to Amend the Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 30, 2025.

DATED:  May 30, 2025

                                                                    /s/ Aaron Stiefel
                                                                    Aaron Stiefel