UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART,<br><br>Defendant. | Case No. 24-cv-2669<br><br>Hon. John P. Cronan, U.S.D.J. |

## DECLARATION OF AARON STIEFEL

I, Aaron Stiefel, declare as follows:

1. I am Senior Counsel at Arnold & Porter Kaye Scholer LLP, counsel to Plaintiffs. I submit this Declaration in support of Plaintiffs' Motion for Leave to Amend the Complaint.

2. Submitted herewith as **Exhibit A** is Plaintiffs' Proposed Amended Complaint that is the subject of the Motion.

3. Submitted herewith as **Exhibit B** is a redlined version of the Proposed Amended Complaint reflecting the differences between the Proposed Amended Complaint and Plaintiffs' original Complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2025.    */s/ Aaron Stiefel*

                              Aaron Stiefel

2

## CERTIFICATE OF SERVICE

I, Aaron Stiefel, hereby certify that a copy of the foregoing Declaration of Aaron Stiefel, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 30, 2025.

DATED:  May 30, 2025

/s/ Aaron Stiefel

Aaron Stiefel