# Arnold & Porter

Aaron Stiefel
+1 212.836.8442 Direct
Aaron.Stiefel@arnoldporter.com

June 18, 2025

**VIA ECF AND EMAIL**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *Gartenberg et al v. The Cooper Union for the Advancement of Science and Art*, Civil Action No. 1:24-cv-02669-JPC (S.D.N.Y.)

Dear Judge Cronan:

        As counsel for Plaintiffs, we write to ask that the Court extend by one week – i.e., from June 20, 2025 to June 27, 2025 -- the time for Plaintiffs to file their reply brief in further support of their motion to amend their complaint. ECF Nos. 56-57.

        Plaintiffs make this request because, since the filing of Defendant's opposition brief on June 13, Plaintiffs' counsel has spent considerable time on efforts to achieve a negotiated settlement of this matter, which included an all-day mediation on Monday June 16, with Magistrate Judge Stein. In that connection, Plaintiffs' counsel is working with Defendant's counsel on a revised case schedule to will defer discovery (and the attendant costs) while the parties focus on settlement discussions. We expect that the parties will seek the Court's approval of that new schedule soon.

        This is the first request for an extension of Plaintiffs' time to file a reply.

        Defendant's counsel has consented to this request.

        Respectfully,

        Aaron Stiefel

Copies to: All counsel of record (via ECF)