UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REBECCA GARTENBERG, *et al.,*

                         Plaintiffs,

      -against-

THE COOPER UNION FOR THE
ADVANCEMENT OF SCIENCE AND
ART,

                         Defendant.
-----------------------------------------------------------------X

24 Civ. No. 2669 (JPC)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A remote settlement conference in this matter is scheduled for **Wednesday, July 16, 2025 at 10:00 a.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Supplemental *ex parte* settlement letters, if any, must be submitted to the Court no later than **Wednesday, July 9, 2025**.

      SO ORDERED.

DATED:    New York, New York
               June 20, 2025

                                                        _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge