UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GARTENBERG, PERIE HOFFMAN, JACOB KHALILI, GABRIEL KRET, TAYLOR ROSLYN LENT, BENJAMIN MEINER, MICHELLE MEINER, MEGHAN NOTKIN, GILA ROSENZWEIG, and ANNA WEISMAN<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART<br><br>Defendant. | Case No. 24-cv-2669 (JPC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Rebecca Gartenberg, Perie Hoffman, Jacob Khalili, Gabriel Kret, Taylor Roslyn Lent, Benjamin Meiner, Michelle Meiner, Meghan Notkin, Gila Rosenzweig, and Anna Weisman (collectively, "Plaintiffs") and The Cooper Union for the Advancement of Science and Art ("Defendant"), by and through their undersigned counsel, that this action, and all claims and causes of action asserted in this action are voluntarily dismissed **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date:   January 8, 2026                                          Respectfully submitted,

/s/   *Debra E. Schreck*
Aaron Stiefel
Debra E. Schreck
Melissa E. Romanovich
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 836-8000

Fax: (212) 836-8689
aaron.stiefel@arnoldporter.com
debra.schreck@arnoldporter.com.com

Baruch Weiss
Bridgette C. Gershoni
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
baruch.weiss@arnoldporter.com


Ziporah Reich
THE LAWFARE PROJECT
633 Third Avenue, 21st Floor
New York, NY 10017
Phone: (212) 339-6995
ziporah@thelawfareproject.org

*Attorneys for Plaintiffs*


/s/ __Lisa E. Cleary_____
Lisa E. Cleary
Caroline Zielinski
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
lecleary@pbwt.com
czielinski@pbwt.com

*Attorneys for Defendant The Cooper Union for the Advancement of Science and Art*


*SO ORDERED:*

                                                                                                    Date: January __, 2026
_____
*Honorable John P. Cronan*
*United States District Judge*

2